## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Marilyn Al KHAFIZ, Respondent.

### No. 594 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Oct. 5, 2000.

### ORDER

PER CURIAM:

AND NOW, this 5th day of October, 2000, there having been filed with this Court by Marilyn Al Khafiz her verified Statement of Resignation dated August 28, 2000, stating that she desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Marilyn Al Khafiz be and it is hereby accepted and she is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further OR-DERED that she shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Cornell Jason MICKENS, Respondent.

### No. 614 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Oct. 5, 2000.

### ORDER

PER CURIAM:

AND NOW, this 5th day of October, 2000, upon consideration of the Report and Recommendations of the Disciplinary Board dated August 14, 2000, it is hereby

ORDERED that Cornell Jason Mickens be and he is suspended from the Bar of this Commonwealth for a period of five years, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.